NOTE CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)

Orlando Garcia,
      Plaintiff,
vs.
Paula Goldstein; Dans Liquor, Inc.,
      Defendants.

CASE NO.: 2:20-cv-05705-RGK-JEM

[~~PROPOSED~~] JUDGMENT

# [PROPOSED] JUDGMENT

Having ruled on the Defendants', Paula Goldstein and Dan's Liquor, Inc.'s ("Defendants"), motion for summary judgment, the Court hereby ORDERS, ADJUDGES, AND DECREES that judgment is entered in this action as follows:

1. Judgment is granted in favor of Defendants on Plaintiff Orlando Garcia's Americans with Disabilities Act claim.

2. The Court has declined supplemental jurisdiction over Plaintiff's Unruh Civil Rights Act claim, which claim has been dismissed without prejudice.

3. ~~The Defendants are the prevailing parties for purposes of the Plaintiff's Americans with Disabilities Act claim~~.

Date: May 26, 2021

*/s/ Gary Klausner*

The Honorable R. Gary Klausner
District Judge